**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CMS Holdings Group, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4612675** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **20726 Summer Sweet Terrace Germantown, MD 20876**<br>Number, Street, City, State & ZIP Code | **1997 Annapolis Exchange Pkwy, Suite 300 Annapolis, MD 21401**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Montgomery**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **CMS Holdings Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☑ Yes.

Debtor  **CMS Holdings Group, LLC**  _____    Case number (*if known*) _____
        Name

List all cases. If more than 1,
attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **See Attachment** | | Relationship | |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**  *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | CMS Holdings Group, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/27/2023
                MM / DD / YYYY

X **/s/ G. Richard Gray, President of Gray & Assoc., LLC**                    G. Richard Gray, President of Gray & Assoc., LLC, Receiver
Signature of authorized representative of debtor                                        Printed name

Title   **Receiver**

**18. Signature of attorney**

X /s/ James M. Hoffman                                        Date  12/27/2023
Signature of attorney for Receiver                                          MM / DD / YYYY

**James M. Hoffman, Esquire 04914**
Printed name

**Offit Kurman, P.A.**
Firm name

**7501 Wisconsin Ave, Suite 1000W**
**Bethesda, MD 20814**
Number, Street, City, State & ZIP Code

Contact phone   **240-507-1710**          Email address   **jhoffman@offitkurman.com**

**04914 MD**
Bar number and State

Debtor    **CMS Holdings Group, LLC**
_____     Case number *(if known)* _____
       Name

---

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND
_____

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **CMS Processing, LLC** | | | Relationship to you | **Affiliate** |
| District | **Greenbelt, Maryland** | When | **12/27/23** | Case number, if known | |
| Debtor | **Merchant Portfolio Management Group, LLC** | | | Relationship to you | **Affiliate** |
| District | **Greenbelt, Maryland** | When | **12/27/23** | Case number, if known | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CMS Holdings Group, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aks, Nina 11406 Old Georgetown Rd Rockville, MD 20852-2891 | | | Disputed | | | $1,555,000.00 |
| Blumenfeld, Alan 54 Chippenham Drive Voorhees, NJ 08043 | | | Disputed | | | $1,049,301.38 |
| Cates, Allen 9101 Tresanton Dr Charlotte, NC 28210-8302 | | | Disputed | | | $1,432,500.00 |
| Cates, Larry (Cates Investment LLC) 340 Cattail Dr Whitefish, MT 59937-8563 | | | Disputed | | | $6,704,760.00 |
| Costa Valverde, Jose 885 Third Ave. New York, NY 10022 | | | Disputed | | | $1,505,300.00 |
| Holtzman, Toby 37 Maryland Ave Unit 521 Rockville, MD 20850-2462 | | | Disputed | | | $2,607,187.68 |
| J&L Capital LLC 3899 Woods Ln NE Iowa City, IA 52240 | | | Disputed | | | $1,000,000.00 |
| McKenna, Todd 109 East 17th Street Ste 5112 Cheyenne, WY 82001 | | | Disputed | | | $656,000.00 |

Debtor    **CMS Holdings Group, LLC**                                   Case number *(if known)* _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Murphy, Steven and Lana N6802 Shorewood Hills Rd Lake Mills, WI 53551** | | | **Disputed** | | | **$7,010,380.00** |
| **Mynatt, William 19680 Aqua View Ln Miromar Lakes, FL 33913-9664** | | | **Disputed** | | | **$1,057,000.00** |
| **OB Enterprises 3899 Woods Ln NE Iowa City, IA 52240-7962** | | | **Disputed** | | | **$2,842,922.32** |
| **Pottebaum, Eric 3899 Woods Ln NE Iowa City, IA 52240-7962** | | | **Disputed** | | | **$821,946.90** |
| **Rubin, Michael 6931 Arlington Rd Ste 480 Bethesda, MD 20814-5243** | | | **Disputed** | | | **$9,262,191.21** |
| **Shadow Creek Defined Benefit Plan PO Box 1051 Whitefish, MT 59937-1051** | | | **Disputed** | | | **$1,280,000.00** |
| **Sorensen, Orlan 440 Orchard Ridge Rd Kalispell, MT 59901-7565** | | | **Disputed** | | | **$2,500,000.00** |
| **Strategic Payment Systems Inc 7315 Wisconsin Ave Suite 800 West Bethesda, MD 20814** | | | **Disputed** | | | **$1,726,000.00** |
| **The Michael D Rubin Family LP 6931 Arlington Rd Ste 480 Bethesda, MD 20814-5243** | | | **Disputed** | | | **$1,171,666.66** |
| **Turner, Jonathan & Olivia 9006 Cascada Way Apt 201 Naples, FL 34114** | | | **Disputed** | | | **$750,000.00** |

| Debtor | **CMS Holdings Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Worldpay ISO, Inc. (Vantiv)**<br>**8500 Governors Hill Drive**<br>**Cincinnati, OH 45249** | | | **Disputed** | | | **$1,403,653.36** |
| **Zeiger, Jeffrey**<br>**8 Timberline Dr**<br>**Voorhees, NJ 08043-3409** | | | **Disputed** | | | **$629,333.34** |

## United States Bankruptcy Court
### District of Maryland

In re   **CMS Holdings Group, LLC**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Estate of Randall Patterson Tillim**<br>**C/o Lawrence S Jacobs, Esq.**<br>**7811 Montrose Road, Suite 400**<br>**Potomac, MD 20854** | **Membership Interest** | **100** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Receiver** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 27, 2023**

Signature   **/s/ G. Richard Gray, President of Gray & Assoc., LLC, Receiver**

**G. Richard Gray, President of Gray & Assoc., LLC, Receiver**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re    **CMS Holdings Group, LLC** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Receiver of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **December 27, 2023** _____    **/s/ G. Richard Gray, President of Gray & Assoc., LLC, Receiver** _____

**G. Richard Gray, President of Gray & Assoc., LLC, Receiver**/Receiver

Signer/Title

AAMI Motorsports, LLC
6017 Pine Ridge Rd Suite 108
Naples, FL 34119


Abrams, Lawrence
11600 Springridge Rd
Potomac, MD 20854-1154


AIK Investments LLC
2113 Westmoreland St
Falls Church, VA 22043-1705


Aks, John
851 NE 1st Ave Unit 3500
Miami, FL 33132-1853


Aks, Nina
11406 Old Georgetown Rd
Rockville, MD 20852-2891


American Express
PO Box 981535
El Paso, TX 79998-1535


Ana Terrasa-Tillim
20726 Summer Sweet Terrace
Germantown, MD 20876-3903


Angotta, Neil and Kelly
20 Cambridge Ct
Colchester, CT 06415-2066


Appelt, George and Lacinda
533 School Dr
Fredericksburg, PA 17026-9453

Arnold, Douglas
2435 Guilford St
Lebanon, PA 17046-2659


Arnold, Douglas and Suzanne
2435 Guilford St
Lebanon, PA 17046-2659


Ashenbrenner, Thomas
215 S Conklin Rd Apt M5
Spokane Valley, WA 99037-0076


Azemar, Beverly
27 Sheeley Ln
Boiling Springs, PA 17007-9438


Ballard Spahr
1909 K Street, NW
12th Floor
Washington, DC 20006-1157


Barnett, Steven
142 Waypoint Dr
Lancaster, PA 17603-5675


Bartell, Elaine
3046 Riker St
Clover, SC 29710-6723


Bates, John
1003 Standord Drive
Lebanon, PA 17042


Beatty, Mark
5110 Palmetto Woods Drive
Naples, FL 34119

Beaudette, Janet
422 Saphire Lane
Chapin, SC 29036


Begin, Brian
3015 Beaufort Ct
North Las Vegas, NV 89032-0478


Beitzel, Kelly
5922 Devonshire Heights Rd
Harrisburg, PA 17112-3120


Bellinger Legal Services, LLC
Attn: Joseph J. Bellinger, Esq.
P.O. Box 10
Phoenix, MD 21131


Benesch, Friedlander, Coplan & Aronoff
Attn: Gregory Werkheiser, Esq.
1313 North Market St, Ste 1201
Wilmington, DE 19801-6101


Benson, Melodi
21 Bullrush Landing
Elizabethtown, PA 17022


Bernitsky, Bernard and Ruth
631 Randall Cir
Hummelstown, PA 17036-9012


Best, John & Susan Smigocki
605 Crooked Creek Dr
Rockville, MD 20850-5752


Beyond Language LLC
1860 W Commercial Blvd Ste 772
Lauderhill, FL 33351

Bicksler, Janice
1211 S. Prince Street
Palmyra, PA 17078


Bilmon, Jay
3779 Treasure Cove Cir
Naples, FL 34114-3953


Bluethmann, James and Shirley
1689 Nottingham Dr
Hummelstown, PA 17036-8712


Blumenfeld, Alan
54 Chippenham Drive
Voorhees, NJ 08043


Blumenfeld, Alan and Helene
54 Chippenham Drive
Voorhees, NJ 08043


Blumenfeld, Hana
1624 Susquehanna St
Harrisburg, PA 17102-2441


Blumenfeld, Joey
120 W 21st St Apt 507
New York, NY 10011-3225


Borges-Daoud, Trisha & Bashar
14125 Collier Blvd
Naples, FL 34119-1537


Brack, Elliott
1029 S. Hobart BLVD., #402
Los Angeles, CA 90006

Bradley, Lauren
320 Sawtooth Drive
Whitefish, MT 59937


Bregalad LLC
600 NE 25th St, Apt 62
Miami, FL 33137


Bregman, Berbert, Schwartz & Gilday, LLC
Attn: Wendy D. Pullano, Esq.
7315 Wisconsin Avenue, Suite 800 West
Bethesda, MD 20814


Brickman, Ronald & Bohara, Sujata
2184 Shawnee Dr
Washington, PA 15301-5020


Broce, Jose
444 Brickell Avenue Ste 428
Miami, FL 33131


Bryan, Carol Ann
10036 Hidden Pines Ln
Bonita Springs, FL 34135


Burke, Gloria
1110 Loop Dr.
Harrisburg, PA 17112


Caldera, Ernesto
51 Monroe St, Suite 1507
Rockville, MD 20850


Caldera, Ernesto and Alba Marino
51 Monroe St, Suite 1507
Rockville, MD 20850

California Dept of Tax and Fee Admin.
PO Box 942879
Sacramento, CA 94279-0001


Capitol Investments Associates
6931 Arlington Rd Ste 480
Bethesda, MD 20814-5243


Catalano, Anna M
4480 Olde Salem Rd
Harrisburg, PA 17112-1934


Cataldi, Anthony
580 S Goddard Boulevard
King of Prussia, PA 19406


Cates, Allen
9101 Tresanton Dr
Charlotte, NC 28210-8302


Cates, Derek
19 Brookfield Ave
Glen Rock, NJ 07452-2805


Cates, Helen
340 Cattail Dr
Whitefish, MT 59937-8563


Cates, Larry
Madison Trust Co. Cust. FBO Larry Cates
340 Cattail Dr
Whitefish, MT 59937-8563


Cates, Larry (Cates Investment LLC)
340 Cattail Dr
Whitefish, MT 59937-8563

Cates, Vibecke
9101 Tresanton Dr
Charlotte, NC 28210-8302


Chandler, David and Natalie
1811 Powderhorn Rd
Middletown, PA 17057-5923


Chernich, Jeffrey
452 Olde Meadow Ln
Lebanon, PA 17042


Chevy Chase Portfolio Processing LLC
6931 Arlington Rd Ste 480
Bethesda, MD 20814-5243


Clarke, John
106 E Allen St #506
Winooski, VT 05404


Colorado Dept of Revenue/Sales & Use Tax
PO Box 17087
Denver, CO 80217-0087


Comptroller of Maryland
Compliance Division
State Office Building
301 W. Preston Street, Room 203
Baltimore, MD 21201-2383


Coon & Cole, LLC
Attn: Joseph A. Collins, Esquire
305 W. Chesapeake Avenue, Suite 510
Towson, MD 21204


Corredores, Hector & Sanchez, Rolando
444 Brickell Avenue Ste 428
Miami, FL 33131

Costa Valverde, Jose
885 Third Ave.
New York, NY 10022


Crespo, Judy
608 Bosler Ave
Lemoyne, PA 17043-1816


D'Erizans, Cesar P
1603 Old London Way
Apex, NC 27523-5524


Daoud, Trisha and Bashar
14125 Collier Blvd
Naples, FL 34119-1537


Davis, Mark
5402 Dillweed Ct
North Las Vegas, NV 89031-0484


Deiss, Marlene
2 Laurel Dr
Myerstown, PA 17067-2361


DiMidio, Dean
2097 Autumnwood Dr
State College, PA 16801-2491


Dinunzio, Dave
43 E Cumberland St.
Lebanon, PA 17042


Dinunzio, Natalie
12 Ridge Vista Dr
Pine Grove, PA 17963

DKP LSS Revocable Living Trust
2530 I St NW
Washington, DC 20037-2210


Dodds, Joshua
340 S Lemon Avenue #8238
Walnut, CA 91789


Donaldson, Kent
91 Bowling Rd
Harrisburg, PA 17112-4235


Donaldson, Scott
140 Oostagala Dr
Loudon, TN 37774-6900


DPJ Investments, LLC
15620 W Vista Grande Lane
Surprise, AZ 85374-4539


Dream Connections International LLC
5402 Dillweed Ct
North Las Vegas, NV 89031


Dreamlife Group LLC
85 Stem Rd
Union Bridge, MD 21791-9005


Duffy, Peter
105 Julie Ln
Doylestown, PA 18901


E Cohen and Company
One Research Court, Suite 400
Rockville, MD 20850

Ekeke, Charles
4526 Sapphire Moon Ave
North Las Vegas, NV 89084-4768


Estate of Ronald Wells
11825 West Market Place
Fulton, MD 20759


Estes, John and Cindy
80 Audubon Park
Pillsburg, PA 17019


Falls Family Investments, LLC
1229 Wander Dr
Owings, MD 20736-9787


Falls, Lawrence and Lorrie
1229 Wander Dr
Owings, MD 20736-9787


Farwell, Austin
72 Crimson Lane
Elizabethtown, PA 17022


Fawber, Marlin
2357 Foxianna Rd
Middletown, PA 17057-4224


Feldt, Paul
1215 Karrow Ave
Whitefish, MT 59937-8240


Fenstermacher, Thomas
8 N. Clearview Dr.
Palmyra, PA 17078

Fisher, Kyle
7590 E 400 S
Hamilton, IN 46742-9537


Fisher, Kyle & Jennifer
7590 E 400 S
Hamilton, IN 46742-9537


Florida Dept of Revenue/Sales & Use Tax
5050 West Tennessee Street
Tallahassee, FL 32399


Fortna, Ronald and Jean
175 Hain Ave
Lebanon, PA 17046-7915


Fox Horan & Camerini
Ezequiel A. Camerini, Esq.
885 Third Avenue, 17th Floor
Washington, DC 20022


FPT Operating Company, LLC
C/o Alvarez & Marsal Capital Partners
1 Pickwick Plaza, 3rd Floor
ATTN: Alex Sacripanti
Greenwich, CT 06830


Friedlander Misler, PLLC
Attn: Thomas F. Murphy, Esq.
5335 Wisconsin Ave. NW
Suite 600
Washington, DC 20015


Friedman, Marianne
1060 N Charlotte St Unit 115
Lancaster, PA 17603-2782

Frontz, Kristin
113 Pickwick Cr.
Palmyra, PA 17078


Gaynor, Thomas J
18889 Waring Station Rd Apt 201
Germantown, MD 20874-1904


Geib, Daniel
941 Harnish St
Palmyra, PA 17078-3044


Gessner, Kurt
127 Belle Dr
Elizabethville, PA 17023-8764


Get Messy Inc
3015 Beaufort Ct
North Las Vegas, NV 89032-0478


Glorch, Gordon
4450 Caldera Cir
Naples, FL 34119-9057


Gorsuch, Royce
617 South 15th Ave
Bozeman, MT 59715


Gravis Law, PLLC
Attn: Jeffrey M. Heutmaker
911 Wisconsin Ave., Suite 201
Whitefish, MT 59937


Gray & Associates, LLC
Attn: G. Richard Gray, Receiver
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, MD 21401

Gray, Kenneth
3903 Leyland Dr
Mechanicsburg, PA 17050-7698


Gray, Kenneth and Maria
3903 Leyland Dr
Mechanicsburg, PA 17050-7698


Gray, Maria
3903 Leyland Dr
Mechanicsburg, PA 17050-7698


Groff, Barbara
21 E. Larch Street
Annville, PA 17003


Gross, Brian
20501 Ventura Blvd Ste 145
Woodland Hills, CA 91364-6416


Grosso, Nicholas & Anna Maria
313 Steeplechase Ln
Pottstown, PA 19464-2055


Gruninger, David
19559 Vintage Trace Cir
Estero, FL 33967-5532


Hartman, DeAnn
2115 Dale Evans Way
Kingman, AZ 86409-0556


Heisley, Wesley
1026 Hemlock Ln
Enola, PA 17025-2042

Heisley, Wesley and Kathleen
1026 Hemlock Ln
Enola, PA 17025-2042


Heist, Donald
274 Lawrence Dr
Harrisburg, PA 17112-9395


Hershey, Dan and Elaine
103 Honeysuckle Hollow Rd
Newport, PA 17074-8407


Hershey, Elaine
103 Honeysuckle Hollow Rd
Newport, PA 17074-8407


Hew, Gerald and Richard
118 Zamora Ave Apt 201
Coral Gables, FL 33134-4032


Hinton, David
182 Warm Sunday Way
Mechanicsburg, PA 17050


Hoch, John
916 Woodland Dr.
Lemoyne, PA 17043


Hoch, Kelly
916 Woodland Dr.
Lemoyne, PA 17043


Holtzman, Toby
37 Maryland Ave Unit 521
Rockville, MD 20850-2462

Hossain, Ditee
19579 Deming Ln
Estero, FL 33928


Hossain, Nafee
19579 Deming Ln
Estero, FL 33928


Howell, Carl & Jessica
10816 Glowing Hearth Way
Monrovia, MD 21770-6001


Hyatt and Weber, P .A.
Attn: Alan J. Hyatt, Esq.
200 Westgate Circle, Suite 500
Annapolis, MD 21401


Ice Miller LLP
Kevin G. Hroblak, Esquire
100 Light Street
Suite 1350
Baltimore, MD 21202


Illinois Dept of Revenue/Sales & Use Tax
PO Box 19034
Springfield, IL 62794-9034


Ilyushko, Svetlana
5106 Elsmere Ave
Bethesda, MD 20814-5729


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


J&L Capital LLC
3899 Woods Ln NE
Iowa City, IA 52240

Jaffe Raitt Heuer & Weiss
Att: Eric Linden
27777 Franklin Rd, Suite 2500
Southfield, MI 48034-8214


Jaffe, Michael
1 Willowbrook Close
Whitefish, MT 59937-8100


Jett, Samuel
1633 North Orange Grove Avenue
Los Angeles, CA 90046


Joel I. Sher, Esq.
Shapiro Sher Guinot & Sandler
250 West Pratt Street, Suite 2000
Baltimore, MD 21201


John Marshall Bank
1943 Isaac Newton Square E. #100
Reston, VA 20190


Kerr, Andrew
75 Quarry Hill Rd
Newville, PA 17241-9479


Kerr, John and Varner, Chelsea
636 N Franklin St
York, PA 17403-1040


Kessler, Michael and Sylvia
1704 Madison Crossing Ln
Virginia Beach, VA 23453-2271


Kolonauski, Charles
148 Hilltop View Way
Elizabethtown, PA 17022

Kump, Leila
11913 Hunters Ln
Rockville, MD 20852-2210


Kurland Law Group
Attn: Sari Kurland, Esq.
211 Jersey Lane
Rockville, MD 20850


Lagana III, Vincent P
3837 Vincent Dr
Collegeville, PA 19426-3058


Lang, Dennis and Karen
906 SW 15th Ave
Cape Coral, FL 33991-2184


Law Office Of Barry A. Haberman
Attn: Barry Haberman, Esq.
51 Monroe Pl # 1507
Rockville, MD 20850


Law Office of Richard D. Mirsky, LLC
Attn: Richard D. Mirsky, Esq.
5504 Burling Ct
Bethesda, MD 20817


Lindstrom, John Lars
1123 E Comstock Ave
Glendora, CA 91741-2911


Lovelidge, Sandra
3824 Kings Ln
Dover, PA 17315-3695


Lujan, Antonio and Elizabeth
7291 Great Egret Boulevard
Sarasota, FL 34243

Lujan, Joel
8107 36th St E
Sarasota, FL 34243-6313


Lujan, Jose and Rosalba Alarcon
51 Monroe St, Suite 1507
Rockville, MD 20850


Lujan, Mary, and Caldera, Ernesto
51 Monroe St, Suite 1507
Rockville, MD 20850


M. Edward Shprukhman, Esq.
11 Slade Ave, Suite 101
Pikesville, MD 21208


Madden, Timothy and Pamela
472 Woodruff Way
Harrisburg, PA 17112-8958


Madeira, David
204 Tiverton Ln
Harrisburg, PA 17112-7005


Madeira, David and Angela
204 Tiverton Ln
Harrisburg, PA 17112-7005


Maisano, Nicholas
18 Sugar Maple Way
Mechanicsburg, PA 17050-7701


Mann, Rebecca and Jonathan
595 W 1st St
Boiling Springs, PA 17007-9558

Marks, Aaron and Emily
109 Jem Drive
Ambler, PA 19022


McAlanis, George
405 Shaffer Rd
Millersburg, PA 17061-1266


McAlanis, Mark and Stafford, Heather
222 Hudson Ln
Northumberland, PA 17857-9594


McGraw, Matt
21301 S. Tamiami Trail
Suite 320 #195
Estero, FL 33928


McKenna, Todd
109 East 17th Street Ste 5112
Cheyenne, WY 82001


McMillan Metro, P.C.
Attn: Lawrence S  Jacobs, Esq.
7811 Montrose Road, Suite 400
Potomac, MD 20854


MDR Shoneys LLC
6931 Arlington Rd Ste 480
Bethesda, MD 20814-5243


Miller, Lisa
908 Merion Ct
Hummelstown, PA 17036-8793


Miller, Michael
2308 Annapolis Ridge Ct
Annapolis, MD 21401-6577

Miller, Michael and Barbara
2308 Annapolis Ridge Ct
Annapolis, MD 21401-6577


Mofrad, Marad
4820 Bellflower Ave Unit 211
North Hollywood, CA 91601-6324


Montana Department of Revenue
PO Box 5805
MS 39604-5805


Montgomery County Division of Treasury
27 Courthouse Square, Suite 200
Rockville, MD 20850


MRJJ LLC
PO Box 10443
Naples, FL 34101


Murphy, Steven and Lana
N6802 Shorewood Hills Rd
Lake Mills, WI 53551


Musselman, Scott
371 W Broad St
Dallastown, PA 17313-1503


Myers, Eleanor
1419 SE 19th St
Cape Coral, FL 33990-4530


Mynatt, William
19680 Aqua View Ln
Miromar Lakes, FL 33913-9664

Nagle & Zaller, PC
Attn: John E. Tskierdanos, Esq.
7226 Lee DeForest Drive, Suite 102
Columbia, MD 21046


Nelson Mullins Riley & Scarborough, LLP
c/o Timothy M. Hurley, Esq.
 101 Constitution Ave. NW #900
Washington, DC 20001


Nelson, Stephen
806 Holly Lane
Lebanon, PA 17042


Nguyen, Evelyn H
8139 Harper Valley Ln
Falls Church, VA 22042-1266


North-Bookwalter, Susannah
280 Harvest Dr
Harrisburg, PA 17111-5660


OB Enterprises
3899 Woods Ln NE
Iowa City, IA 52240-7962


Offit Kurman, P.A.
7021 Columbia Gateway Drive, Suite
Columbia, MD 21046


Onthebrack9 Investment Trust
1029 S. Hobart BLVD., #402
Los Angeles, CA 90006


Orwan, Stacy
23 Grandview Rd
Hummelstown, PA 17036-9121

Panagopoulos, Constantinos
8402 Crossley Place
Alexandria, VA 22308


Pandeloglou, Stacey and Marguerite
2718 Einstein Drive
Virginia Beach, VA 23456


PAS Management Group LLC
1 Willowbrook Close
Whitefish, MT 59937-8100


Pelletier, John
200 Griffin Rd Ste 1
Portsmouth, NH 03801-7145


Pelton, Tom W
478 Rita Dr
Odenton, MD 21113-1702


Peter M Rhodes, Esq
89 N Haddon Avenue, Suite A
Haddonfield, NJ 08033


Pia Jr, Michael A
16 S Bearwood Dr
Palmyra, VA 22963-2834


Pia, Grace
1720 W Beach Dr
Oak Island, NC 28465-7339


Pirri, Benjamin
11 Hanover Rd
Carlisle, MA 01741-1765

Policastri Law Firm
Attn: Jesse D. Stein
600 Jefferson Plaza, Suite 308
Rockville, MD 20852


Pollock, Theodore and Linda
1437 11th St
West Babylon, NY 11704-3618


Pond, Samuel
1147 Shrader St
San Francisco, CA 94117-4216


Pottebaum, Eric
3899 Woods Ln NE
Iowa City, IA 52240-7962


Powell, Lamar & Marjorie Powell
3885 Dawn Mar St
Harrisburg, PA 17111


Reed, Cheryl
611 Lake Meade Dr
East Berlin, PA 17316-9320


Revocable Inter Vivos Trust
William A. B
1435 Whitefish Hills Dr
Whitefish, MT 59937-8800


Rickman, Michael
400 Kentlands Blvd Apt 103
Gaithersburg, MD 20878-5774


Rocky Mountain Law Partners
Attn: Bruce A. Frederickson, Esq.
1830 3rd Ave, E, Ste 301
PO Box 1758
Kalispell, MT 59903

Rose, Lisa
721 Hunt Meadow Drive
Dauphin, PA 17018


Rubin, Michael
6931 Arlington Rd Ste 480
Bethesda, MD 20814-5243


Rushow, Milton
53 Wharton Ave
Middletown, PA 17057-2161


Sadler, Barbara
1251 Highland Dr
Mechanicsburg, PA 17055-6001


Sanford, Gene T
5753 Highway 85 N Ste 888
Crestview, FL 32536-9365


Sauerwine, Grant
107 Hogestown Rd
Mechanicsburg, PA 17050-3117


Sauerwine, William
107 Hogestown Rd
Mechanicsburg, PA 17050-3117


SC&H Group, Inc.
910 Ridgebrook Rd
Sparks Glencoe, MD 21152


Sebastian, Jhonattan
1942 S La Cienega Blvd Unit 4
Los Angeles, CA 90034-1626

Setac Holdings LLC
9101 Tresanton Drive
Charlotte, NC 28210


Shadow Creek Defined Benefit Plan
PO Box 1051
Whitefish, MT 59937-1051


SHAPIRO LIFSCHITZ & SCHRAM, P.C.
Attn: Laura C. Fraher, Esq.
1742 N Street, NW
Washington, DC 20036


Shechtel and Associates, P.A.
Attn: Stephen A. Shechtel, Esq.
110 N Washington St #404
Rockville, MD 20850


Shelly, Lon
103 Hakes Hollow Rd
Wrightsville, PA 17368-8907


Shulman Rogers
12505 Park Potomac Ave
Attn: Michael J. Lichtenstein, Esq.
Benjamin P. Smith, Esq.
Potomac, MD 20854


Silva, Carlos
51 Monroe St, Suite 1507
Rockville, MD 20850


Silverman Thompson Slutkin & White, LLC
Attn: Jodie E. Buchman, Esq.
Ilona Shparaga, Esq.
400 E. Pratt Street, Suite 900
Baltimore, MD 21202

Singer, Malini
1 Northwatch Ln
Mechanicsburg, PA 17050-1775


Slezak II, Jerry D
PO Box 1051
Whitefish, MT 59937-1051


Smith, George & Tani
15179 Tolmino St
Naples, FL 34114-3142


Smith, Joshua
5010 Pheasant Hollow Rd
Mechanicsburg, PA 17050-2448


Smith, Kanyon
6446 US Highway 93 S
Whitefish, MT 59937-8237


Smith, Yvonne
3695 Roundtop Road
Elizabethtown, PA 17022


Snavely, Mary
146 Lewis Rd
Annville, PA 17003-9132


Sneed, Jocelyn
424 Croghan Drive
Carlisle, PA 17013


Sneed, Kevin
2217 Northview Ln
Harrisburg, PA 17110-3914

Sorensen, Debra
114 Aurich Ave
Kalispell, MT 59901-2587


Sorensen, Orlan
440 Orchard Ridge Rd
Kalispell, MT 59901-7565


Sorenson, Sheryl
359 3rd Avenue East N
Kalispell, MT 59901-4113


Speidel, Robert and Suzanne
5420 Saddlebag Road
Lake Wales, FL 33898


Stafford Multimedia LLC
400 E. Pratt Street
Baltimore, MD 21202


Stager, Eric
2482 Croll School Rd
York, PA 17403-9670


Stager, Eric and Linda
2482 Croll School Rd
York, PA 17403-9670


Stager, Linda
2482 Croll School Rd
York, PA 17403-9670


Stare, Arlene
23 N Walnut St
Hummelstown, PA 17036-1323

Steele, Bejamin
1121 Yorklyn Rd.
Hockessin, DE 19707


Steinfeld, Dagania S
2530 I St NW
Washington, DC 20037-2210


Steinfeld, Yaron L
625 W 57th Street Unit 1008
New York, NY 10019


Still, Bonita
422 N Race St
Middletown, PA 17057-1941


Strategic Payment Systems Inc
7315 Wisconsin Ave Suite 800 West
Bethesda, MD 20814


Strife, Jason
228 Heathwood Rd
Charlotte, NC 28211-1916


Stultz, David
85 Stem Rd
Union Bridge, MD 21791-9005


Stultz, Richard
85 Stem Rd
Union Bridge, MD 21791


Tenn. Dept of Revenue/Sales & Use Tax
500 Deaderick Street
Nashville, TN 37242

Texas Compt. of Public Accts/Sales & Tax
PO Box 13528, Capitol Station
Austin, TX 78711-3528


The Michael D Rubin Family LP
6931 Arlington Rd Ste 480
Bethesda, MD 20814-5243


The Randall Family Trust
C/o Henry T Randall III
26 Fairview Ave
West Warwick, RI 02893-4405


Theriault, Denise
10036 Hidden Pines Ln
Bonita Springs, FL 34135-7067


Thomas, Timothy
908 Merion Ct
Hummelstown, PA 17036-8793


Thomas, Timothy & Lisa Miller
908 Merion Ct
Hummelstown, PA 17036-8793


Tillim, Martha and Alvin
11636 Spindrift Loop
Hudson, FL 34667-5586


Troutman Pepper Hamilton Sanders LLP
Attn: Elizabeth M. Briones, Esq.
401 9th Street, N.W., Suite 1000
Washington, DC 20004


Tucker Arensberg, P.C.
Attn: Beverly Weiss Manne, Esquire
1500 One PPG Place
Pittsburgh, PA 15222

Tucker, Jay and Lisa
1108 Friesian Ct
Chesapeake, VA 23322-6944


Turner, Charles & Deborah
3306 Fanny Bay Lane
Naples, FL 34114


Turner, Jonathan
9006 Cascada Way Apt 201
Naples, FL 34114


Turner, Jonathan & Olivia
9006 Cascada Way Apt 201
Naples, FL 34114


Turner, Michael
173 Pinehurst Circle
Naples, FL 34113


VA Dept of Taxation/Sales & Use Tax
PO Box 26627
Richmond, VA 23261-6627


Valentine, Betty
1520 Fishing Creek Valley Rd
Harrisburg, PA 17112-9240


Veteran Payment Systems LLC
PO Box 10443
Naples, FL 34101


Warner, Robert
3924 Tilden Ave
Culver City, CA 90232-3914

Washington State Dept of Revenue/Sales
PO Box 94481
Seattle, WA 98124-6781


Wayland-Smith, Jennifer
153 Washington Ave
Rochester, NY 14617-2229


Weimer, Stephanie
78 Skyline Dr
Mechanicsburg, PA 17050-1750


Weirich, Virginia
3850 Galleria Woods Dr Apt 306
Hoover, AL 35244-3063


Wells, Ronald
8905 Jonestown Rd
Grantville, PA 17028-8655


Wenrich, Cindy
80 Knight Ct
Palmyra, PA 17078-9787


Wenrich, Ron & Cindy
80 Knight Ct
Palmyra, PA 17078-9787


Whitcomb, David
169 Chestnut Grove Road
Dillsburg, PA 17019


White, Judith A
18401 Tomlinson Drive
Lutz, FL 33549-5414

Widick, Tanner
1002 Main Street
Farnam, NE 29029


Williams, James
45 Oak Park Rd
Harrisburg, PA 17109-2832


Willis, Christopher
3629 Creek Path Rd
Guntersville, AL 35976-7521


Witmer, Catherine
200 Parkhill Dr
Whitefish, MT 59937-3119


Worldpay ISO, Inc. (Vantiv)
8500 Governors Hill Drive
Cincinnati, OH 45249


Yordy, Brenda
824 Hartman Ln
Lebanon, PA 17042-6452


Yordy, Gary
152 Valley Dr
Fredericksburg, PA 17026-9581


YVS Law LLC
Attn: Paul Sweeney, Esq.
11825 West Market Place
Suite 200
Fulton, MD 20759


Zagata, Leonard & Kathleen
338 Sunset Lake Rd
Shickshinny, PA 18655-4644

Zeiger, Jeffrey
8 Timberline Dr
Voorhees, NJ 08043-3409


Zellner, Gary and Carol
840 Hetrick Ave
Palmyra, PA 17078-3024


Zimmer, Kerry and Dorinda
162 Independence Way
Mechanicsburg, PA 17050-9528


Zozzaro, Rafael & Valecillos, Isabela
444 Brickell Avenue Ste 428
Miami, FL 33131

# United States Bankruptcy Court
### District of Maryland

In re   __CMS Holdings Group, LLC__ _____    Case No. _____

                                       Debtor(s)              Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Gray & Associates, LLC, Receiver for the Debtor__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Estate of Randall Patterson Tillim**
**C/o Lawrence S Jacobs, Esq.**
**7811 Montrose Road, Suite 400**
**Potomac, MD 20854**

☐ None [*Check if applicable*]

12/27/2023 _____      /s/ James M. Hoffman _____
Date                                   **James M. Hoffman, Esquire 04914**
                                         Signature of Attorney or Litigant
                                         Counsel for    **Gray & Associates, LLC Receiver for CMS Holdings Group, LLC**
                                         **Offit Kurman, P.A.**
                                         **7501 Wisconsin Ave, Suite 1000W**
                                         **Bethesda, MD 20814**
                                         **240-507-1710 Fax:240-507-1735**
                                         **jhoffman@offitkurman.com**