Entered: August 10th, 2026
Signed: August 8th, 2026

**SO ORDERED**

No opposition filed.

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** | **Case Nos. 23-19382, 23-19388, 23-19392-MCR** |
| **CMS HOLDINGS GROUP, LLC, *et al.*** | **(Substantively Consolidated under case no. 23-19382-MCR)** |
| **Debtors.** | **Chapter 7** |

**CONSENT ORDER GRANTING MOTION BY**
**CHAPTER 7 TRUSTEE FOR APPROVAL OF COMPROMISE**
**OF CLAIM WITH THE ESTATE OF STEVEN L. BARNETT**

UPON CONSIDERATION of the Motion ("Motion") by Cheryl E. Rose, Chapter 7 Trustee, for Approval of the Settlement and Compromise of Claims with the Estate of Steven L. Barnett ("Barnett Estate"), and it appearing that the Notice of the Motion was properly served; and good cause otherwise having been shown for granting the relief requested in the Motion, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is GRANTED as set forth herein; and it is further

**ORDERED,** that the settlement and compromise of claims with the Barnett Estate upon the terms and conditions set forth in the Motion, are hereby approved such that:

A. Proof of Claim Number 438 is hereby reduced to $39,900.00, and the Barnett Estate agrees to release any and all claims it has or may have against the Trustee, the Bankruptcy Estates, or their related entities, excluding Proof of Claim Number 438; and

B. The Estates release any and all claims they may have against the Barnett Estate; and it is further

**ORDERED**, that the Trustee is authorized to take any and all actions to complete the administration of the Estate; and it is further

**ORDERED**, this is a final Order.

**SEEN AND AGREED:**

AS TRUSTEE ONLY AND NOT IN
AN INDIVIDUAL CAPACITY

By: /s/ Cheryl E. Rose
Cheryl E. Rose, Chapter 7 Trustee
9812 Falls Road, No. 114-334
Potomac, MD 20854

AS COUNSEL ONLY FOR THE ESTATE OF STEVEN L. BARNETT

By: /s/ Jodie E. Bekman
Jodie E. Bekman, Esq.
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

I AGREE TO THE TERMS OF THE SETTLMENT AFTER INFORMED CONSENT AND CAN PERFORM ITS TERMS

THE ESTATE OF STEVEN L. BARNETT

By: /s/ Jessica L. Miller.
Jessica L. Miller

And

/s/ Melissa A. Kashner
Melissa A. Kashner

*Administrators of the Estate of Steven L. Barnett*

I HEREBY CERTIFY that the terms of the copy of the foregoing submitted to the Court are identical to those set forth in the original and the signatures represented by the /s/______ on the copy of the forgoing submitted to the Court reference the signatures of consenting parties obtained on the original.

/s/ James M. Hoffman
James M. Hoffman

Copies:

Cheryl E. Rose, Chapter 7 Trustee
9812 Falls Road, No. 114-334
Potomac, MD 20854

Estate of Steven L. Barnett
C/o Jodie Bekman, Esq.
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

**** END OF ORDER ****

4936-5375-9920, v. 3